*Presented by:*

Alan Himmelfarb (SBN 90480)  
KAMBEREDELSON, LLC  
2757 Leonis Boulevard  
Los Angeles, California 90058  
Telephone: (323) 585-8696

JS-6

KAMBEREDELSON, LLC  
350 North LaSalle Drive  
Chicago, Illinois 60654  
Telephone: (312) 589-6370

*Attorneys for Plaintiff*  
ELIZABETH TALAMANTES  
and the putative class

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| ELIZABETH TALAMANTES, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>MYIPRODUCTS IMAIL, LLC, an Indiana limited liability company, BILLING SERVICES GROUP NORTH AMERICA, INC., a Delaware corporation, ENHANCED SERVICES BILLING, INC., a Delaware corporation,<br><br>Defendants. | CASE NO. 2:09-cv-01958-SJO-AGR(x)<br><br>**ORDER GRANTING THE PARTIES' STIPULATED REQUEST TO REMAND**<br><br>Judge: Judge S. James Otero<br>Date Action Filed: 2/17/09<br>No Trial Date Set |

This cause coming before the Court on the stipulated request of the Parties to remand this action back to the Superior Court of the State of California, County of Los Angeles. The Court, having reviewed the stipulated requests, hereby finds and concludes that the stipulation is well-taken, and therefore,

ORDERS that the Parties' Stipulated Request to Remand is hereby GRANTED and

1  this matter is hereby REMANDED to the Superior Court of California, Los Angeles County.

2

3

      Dated this ____21st_____ day of ____May_____, 2009

4

5

6

7                                        _____

8                                     JUDGE S. JAMES OTERO
                                   UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28