*Presented by:*

Alan Himmelfarb (SBN 90480)  JS-6
KAMBEREDELSON, LLC
2757 Leonis Boulevard
Los Angeles, California 90058
Telephone: (323) 585-8696

KAMBEREDELSON, LLC
350 North LaSalle Drive
Chicago, Illinois 60654
Telephone: (312) 589-6370

*Attorneys for Plaintiff*
ELIZABETH TALAMANTES
and the putative class

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| ELIZABETH TALAMANTES, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>MYIPRODUCTS IMAIL, LLC, an Indiana limited liability company, BILLING SERVICES GROUP NORTH AMERICA, INC., a Delaware corporation, ENHANCED SERVICES BILLING, INC., a Delaware corporation,<br><br>Defendants. | CASE NO. 2:09-cv-01958-SJO-AGR(x)<br><br>**ORDER GRANTING THE PARTIES' STIPULATED REQUEST TO REMAND**<br><br>Judge:  Judge S. James Otero<br>Date Action Filed: 2/17/09<br>No Trial Date Set |

This cause coming before the Court on the stipulated request of the Parties to remand this action back to the Superior Court of the State of California, County of Los Angeles. The Court, having reviewed the stipulated requests, hereby finds and concludes that the stipulation is well-taken, and therefore,

ORDERS that the Parties' Stipulated Request to Remand is hereby GRANTED and

1  this matter is hereby REMANDED to the Superior Court of California, Los Angeles County.
2
3
      Dated this ____21st_____ day of ____May_____, 2009
4
5
6     *S. James Otero* (signature)
7
                                     _____
8                                      JUDGE S. JAMES OTERO
                                     UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[Proposed] Order Granting Plaintiff's Motion to Remand       NO. 2:09-cv-01958-SJO-AGR(x)